Brandon Callier
Plaintiff, Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912
915-383-4604



Re: Civil Action No. EP22CV0028

February 21, 2022

Mr. Brandon Callier,

I, Daniel Hacker, have no current affiliation with TEXANA BANK, NA CORPORATION, and LENDING 3, INC., nor did I at the time of the above referenced occurrence. Although I have previously informed the aforementioned bank of a similar error made previously, this is now the second errant request of this nature that has been made of me. Any listing of my name or address in current association with this bank is false and inaccurate. Please allow this response to also serve as notice of my formal request to cease any further communication with me regarding this company and that any and all parties addressed, remove my name from any local, state, or federal authority that has TEXANA BANK, NA CORPORATION, and LENDING 3, INC. currently associated with Daniel Hacker of 113 Tedworth Ct, Longwood, Florida 32779.

Cordially,

_[signature]_   2/21/22

Daniel Hacker

CC:

U.S. District Clerk's Office
Attn: Civil County Clerk
525 Magoffin Avenue, Suite 105
El Paso, TX 79901

Texana Bank
Attn: Human Resources / Legal Dept.
410 S. Nolen, Suite 140
Southlake, Texas 76092

Hacker
113 Tedworth Ct
Longwood, FL 32779

**FILED**
MAR 03 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

RETURN RECEIPT REQUESTED

7021 1970 0002 0814 4336



U.S. District Clerk's Office
Attn: Civil County Clerk
525 Magoffin Ave, Ste 105
El Paso, TX 79901

RETURN RECEIPT REQUESTED

CERTIFIED MAIL

1029

79901

U.S. POSTAGE PAID
FCM LETTER
LONGWOOD, FL
32779
FEB 28, 22
AMOUNT
$7.38
R2305M149278-05