**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **BRANDON CALLIER** § | |
| *Plaintiff,* § | |
| § | |
| v. § | Case No. 3:22-cv-00028-KC |
| § | |
| **TEXANA BANK, NA CORPORATION** § | |
| *Defendant.* § | |

## AGREED ORDER ON DEFENDANT'S UNOPPOSED AMENDED MOTION TO SET ASIDE ENTRY OF DEFAULT

After considering Defendant Texana Bank, NA Corporation's Unopposed Amended Motion to Set Aside Entry of Default, the Court

GRANTS the motion and sets aside the entry of default.

**SIGNED** on _____, 2022.

_____
**U.S. DISTRICT JUDGE**

**APPROVED & ENTRY REQUESTED:**

AINSA HUTSON HESTER & CREWS LLP
5809 Acacia Circle
El Paso, Texas 79912
Tel:   (915) 845-5300
Fax:   (915) 845-7800

By: /s/ Chantel Crews
    Chantel Crews
    State Bar No. 24007050
    ccrews@acaciapark.com
    *Attorneys for Defendant, Texana Bank, NA Corporation*


 /s/ Brandon Collier, by permission via electronic mail 03/23/2022
Brandon Collier, Pro se Plaintiff