IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER, | § | |
| Plaintiff, | § | |
| v. | § | CAUSE NO. EP-22-CV-28-KC |
| TEXANA BANK, NA CORPORATION, AND LENDING 3, INC., | § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered Defendant Texana Bank's Motion to Set Aside Entry of Default. ECF No. 11. After due consideration, the Motion is **GRANTED**. It is hereby **ORDERED** that the Clerk's Entry of Default, ECF No. 8, is **VACATED** with respect to Defendant Texana Bank, and Plaintiff's Request for Default Judgment for Sum Certain, ECF No. 9, is **DENIED** as moot. It is **FURTHER ORDERED** that Defendant Texana Bank's Motion for Leave to File Late Defendant's Original Answer, ECF No. 12, is **GRANTED**.

**SO ORDERED**.

**SIGNED this 23rd day of March, 2022.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE